# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

FILED JUL 18 2019 Clerk, U.S. District Court Greensboro, NC BY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>LG Cellular Phone<br>Model LM-X210MA<br>Serial Number LMX210G2062dd1a | ) ) ) Case No. 19MJ25-1 ) ) ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Middle___ District of ___North Carolina___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___2/14/2019___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___JOE L. WEBSTER___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: ___1/31/19 1:00 pm___    ___[signature]___
*Judge's signature*

City and state: ___Durham, North Carolina___    ___JOE L. WEBSTER, United States Magistrate___
*Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 19 mJ 25-1 | 02-13-19  09:30 AM | Mount Airy Police Department |

Inventory made in the presence of: SA R.V. White

Inventory of the property taken and name of any person(s) seized:

Cell Phone information extraction from LG-LM-X210MA, S/N: 712CYNL069999
- Website search history
- text
- images
- videos
- Bookmarks
- User accounts
- GPS
- Contacts
- Cookies
- Activity Analytics
- Analytics Phones
- Audio
- Archives
- Device users
- instant messages

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02-15-19

_Executing officer's signature_

Jason Zeigler, Special Agent
_Printed name and title_



# PHYSICAL EVIDENCE
## TRANSFER RECEIPT or DISPOSITION REPORT

| SBI CASE NUMBER | DIC | CAA | VICTIM |
|---|---|---|---|
| 2019-00475 | 19 | 915 | State of North Carolina |

| SBI CASE ITEM NO. | SBI LAB NUMBER | * | EVIDENCE DESCRIPTION |
|---|---|---|---|
| 1 | | | LG Cell Phone Model: LM-XZ10MA  SN: 712CYNL069999 |
| | | | |

*Individual receiving evidence in a sealed package without verifying contents will initial this column.

1. **RECEIPT:** I certify that I received the above item(s) from  _Jason Zeigler_   _ATF_
   (Print or Type)   (Dept.)

   **RECEIVED BY**  SA R.V. White  _(Signature)_  DATE 2/13/2019  TIME 9:30a
   (Print or Type)   (Signature)

   **WITNESS** _____  DATE _____

2. **DISPOSITION AUTHORITY:**  The above item(s) should be disposed of by

   _____ Destruction under Bureau Policy as authorized by G.S. 90-112 (e) or

   other _____

   Signature _____  Title _____  Date ____

3. **DISPOSITION**  I certify that I disposed of the above item(s) by _____

   Signature _____  Title _____  Date ____

   I certify that I  ☐ Witnessed the disposition of the above item (s)
                    ☐ Received the above item (s).

   Signature _____  Title _____  Date ____

   DISTRIBUTION:  ☐ Submit to Case Agent for Attachment to SBI-69A
                  ☐ Retained by Agent Releasing Evidence
                  ☐ Retained by Individual Receiving or Destroying Evidence
                  ☐ District Office File

SBI-69B (REV 05/2011)